IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

FEB 18 PM 3: 29

CLERK OF COURT

BUSKER ALLEY, INC. and JAE JI,

   Plaintiffs,

  vs.

LAWRENCE KASPERBAUER and DOES 1-50,

   Defendants.

_____

LAWRENCE KASPERBAUER,

   Counter-claimant,

  vs.

BUSKER ALLEY, INC., JAE JI, VANESSA JI, THE LAW OFFICE OF VANESSA JI, P.C. and DOE ONE through DOE TEN,

   Counter-claim Defendants.

CIVIL CASE NO. CV1081-12

DECISION AND ORDER

R U S H

This matter comes before the Honorable James L. Canto II on Defendant's motion for protective order, filed pursuant to Guam Rules of Civil Procedure Rule 26(c). This Rule directs that a court may enter a protective order "which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense". *GRCP Rule 26(c) (2010)*. Defendant fails to allege he will suffer any of the above, and the motion is denied for this reason. Though Defendant argues the discovery or disclosures sought pertain to non-actionable, CPGA-related claims, this is not the standard expressed by GRCP Rule 26(c) which would warrant the granting of a protective order. Furthermore, the Court disagrees with Defendant's contention and finds that some or all of the discovery or disclosures Defendant strives to protect arguably pertain to the surviving claim by Plaintiff for intentional and negligent infliction of emotional distress. *See Sandholm v. Kuecker*, 962 N.E.2d 418, 432 (Ill.

ORIGINAL

2012) ("We simply do not believe that, in enacting the anti-SLAPP statute, the legislature intended to abolish an individual's right to seek redress for defamation or other intentional torts, whenever the tortious acts are in furtherance of the tortfeasor's rights of petition, speech, association, or participation in government."

///

///

## CONCLUSION

Based upon the foregoing, Defendant's motion for protective order pursuant to Guam Rules of Civil Procedure Rule 26(c) is hereby **DENIED**.

**SO ORDERED this 18th day of February, 2014.**

**HON. JAMES L. CANTO II**
**Judge, Superior Court of Guam**

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of:

James Maher
Louie Yanza

Date: _____ Time: 335pm

Deputy Clerk, Superior Court of Guam

ORIGINAL